**Nick POWERS, Movant/Appellant,**

**v.**

**STATE of Missouri, Respondent/Respondent.**

**No. 59526.**

Missouri Court of Appeals, Eastern District, Division One.

July 30, 1991.

Nancy McKerrow, Raymond Legg, Columbia, for movant/appellant.

William L. Webster, Atty. Gen., Joan F. Edwards, Asst. Atty. Gen., Jefferson City, for respondent/respondent.

### ORDER

Movant appeals from the denial of his untimely pro se Rule 24.035 post-conviction motion without an evidentiary hearing. It is well-settled that the time limitations in Rule 24.035 are both valid and mandatory. *Day v. State*, 770 S.W.2d 692, 695 (Mo. banc 1989), *cert. den.*, 493 U.S. 866, 110 S.Ct. 186, 107 L.Ed.2d 141 (1989). Thus no error of law appears and an extended opinion would have no jurisprudential purpose. The judgment is affirmed in accordance with Rule 84.16(b).